| | |
|---|---|
| Charles C. Huber, WSBA No. 18941<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4100<br>Seattle, Washington 98101-2338<br>Telephone: 206.223.7000<br>Facsimile: 206.223.7107 | HONORABLE LONNY R. SUKO |

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| WILLIAM M. ADAMS, SR.,<br><br>             Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY; THE PAUL REVERE LIFE INSURANCE COMPANY; and UNUMPROVIDENT CORPORATION,<br><br>             Defendants. | No. CV-07-5007-LRS<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## ORDER

It is hereby ordered that all claims in this litigation between and among the parties hereto are dismissed with prejudice. This suit is dismissed with prejudice.

ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE - 1

DATED this 19 of May, 2009.

s/Lonny R. Suko
_____
Judge Lonny R. Suko
United States District Judge

Presented by:

LANE POWELL PC

By _____
Charles C. Huber, WSBA #18941
Attorneys for Defendant

Copy Received; Approved as to Form;
Notice of Presentation Waived:

RETTIG OSBORNE FORETTE, LLP

By _____ per TK authority
Diehl R. Rettig, WSBA # 792
Attorneys for Plaintiff

ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE - 2

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116008.0037/1710515.1

## CERTIFICATE OF SERVICE

Pursuant to RCW 9.A.72.085, the undersigned certifies under penalty of perjury under the laws of the State of Washington, that on the 13th day of May, 2009, the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the following persons:

Mr. Diehl Randall Rettig
Rettig, Osborne Forgette, LLP
6725 W Clearwater Avenue
Kennewick, WA  99336-1724
Diehl.rettig@rettiglaw.com

Executed on 13th day of May, 2009, at Seattle, Washington.

*/s/ Wanda Morris*
Wanda Morris

ORDER GRANTING STIPULATION FOR
DISMISSAL WITH PREJUDICE - 3

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

116008.0037/1710515.1